# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| DAVID NAPPIER,         ) | |
|                        ) | |
|         Plaintiff,     ) | |
|                        ) | |
| v.                     ) | Case No. 4:17-cv-02163-RLW |
|                        ) | |
| HOME POINT FINANCIAL   ) | |
| CORPORATION,           ) | |
|                        ) | |
|         Defendant.     ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action hereby represent that no party to this action is an infant, an incompetent person for whom a committee has been appointed, or a conservatee, and that no person, not a party, has an interest in the subject matter of this action.  Pursuant to Federal Rule of Civil Procedure 41, the parties stipulate and agree to dismiss this action with prejudice each party to bear its own costs and fees in this matter.

**DATED:  December 29, 2017**

| | |
|---|---|
| **LAW OFFICE OF** | **OGLETREE, DEAKINS, NASH,** |
| **JAMES NOWOGROCKI LLC** | **SMOAK & STEWART, P.C.** |
| | |
| By: /s/ James G. Nowogrocki | By: /s/ Rodney A. Harrison |
| James G. Nowogrocki, #38559MO | Rodney A. Harrison, #44566MO |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 1015 Locust Street, Suite 400 | 7700 Bonhomme Avenue, Suite 650 |
| St. Louis, MO 63101 | St. Louis, MO  63105 |

## CERTIFICATE OF SERVICE

The undersigned certifies on this 29th day of December 2017, the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system.

Rodney A. Harrison, MO #44566
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
7700 Bonhomme Avenue, Suite 650
St. Louis, MO  63105
Rodney.Harrison@ogletreedeakins.com
*Attorneys for Defendant*

/s/ James G. Nowogrocki
*Attorneys for Plaintiff*